2010 AUG -4 PM 4:23

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2010 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HENDEL GAMALIEL<br>　　LOPEZ-FUENTES (1),<br>NORMAN EDUARDO FIGUEROA (2),<br><br>　　　　　Defendants. | Case No. **10CR3102** JAH<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C., Secs. 371, 922(a)(5) and 554(a), and Title 31, U.S.C., Secs. 5332(a) and (b) - Conspiracy to Transfer Firearms to Out-of-State Resident, Smuggle Goods from the United States, and Commit Bulk Cash Smuggling; Title 18, U.S.C., Sec. 554(a) - Attempt to Smuggle Goods from the United States; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 18, U.S.C., Secs. 922(g)(5)(A) and 924(a)(2) - Illegal Alien in Possession of Firearms and Ammunition; Title 18, U.S.C., Sec. 924(d), Title 31, U.S.C., Secs. 5317(c)(1), 5332(a)(1) and (b)(2), and Title 28, U.S.C., 2461(c) - Criminal Forfeiture |

The grand jury charges:

### Count 1

1. **OBJECT OF THE CONSPIRACY**

Beginning on a date unknown to the grand jury and continuing up to and including July 18, 2010, within the Southern District of California, and elsewhere, defendants HENDEL GAMALIEL LOPEZ-FUENTES and NORMAN EDUARDO FIGUEROA, did knowingly, intentionally, and

SMB:nmc:San Diego
8/4/10

willfully agree and conspire with each other and other persons known and unknown to the grand jury to:

    a. transfer, sell, trade, give, transport, and deliver firearms to another person, knowing and having reasonable cause to believe that the person did not reside in the State in which defendants resided, without either defendants or the receiving person being a licensed importer, manufacturer, dealer, or collector of firearms, in violation of Title 18, United States Code, Sections 922(a)(5) and 924(a)(1)(D);

    b. fraudulently and knowingly export and send from the United States merchandise, articles, and objects, contrary to laws and regulations of the United States; in violation of Title 18, United States Code, Section 554(a); and

    c. conceal more than $10,000 in currency and other monetary instruments in a conveyance, article of luggage, merchandise and other container, and attempt to transport such currency and monetary instruments from a place within the United States to a place outside of the United States, with the intent to evade a currency reporting requirement under Title 31, United States Code, Sections and 5316 and 5332.

//
//
//
//

2. **MANNER AND MEANS**

The objects of the conspiracy were to be accomplished, in substance, as follows:

  a. Defendant LOPEZ-FUENTES would deliver vehicles containing concealed firearms, ammunition or currency in excess of $10,000 to FIGUEROA and others, within the Southern District of California.

  b. Defendant FIGUEROA and others would deliver vehicles containing the firearms, ammunition or currency, to persons in Tijuana, Baja California, Mexico.

3. **OVERT ACTS**

In furtherance of the conspiracy and to effect and accomplish the objects thereof, the following overt acts, among others, were committed within the Southern District of California:

  a. On or about July 17, 2010, at approximately 12:15 p.m., defendant LOPEZ-FUENTES delivered a silver Nissan 350Z, containing several firearms and 79 assorted rounds of ammunition, to 1880 Coronado Avenue, San Diego, California.

  b. On or about July 17, 2010, at approximately 12:15 p.m., defendant FIGUEROA got into the silver Nissan 350Z at 1880 Coronado Avenue, San Diego, California, and eventually drove it to the San Ysidro, California Port of Entry (SYPOE).

  c. At the Port of Entry, defendant FIGUEROA falsely denied he was transporting any currency, weapons or ammunition from the United States to Mexico.

//

        d.    On or about July 18, 2010, defendant LOPEZ-FUENTES drove a white Ford Expedition, containing several firearms, 4,164 assorted rounds of ammunition, and $50,000 USD to a parking lot near the SYPOE.

All in violation of Title 18, United States Code, Section 371.

## Count 2

On or about July 17, 2010, within the Southern District of California, defendants HENDEL GAMALIEL LOPEZ-FUENTES and NORMAN EDUARDO FIGUEROA did knowingly attempt to export and send from the United States the following firearms and ammunition:

(1) Leitner Wise Rifle Company ("LWRC") model M6A2-PSD 6.8mm SPC pistol serial number 04-00123;

(2) Fabrique Nationale ("FN") model PS90 5.7x28mm rifle serial number FN071367;

(3) Norinco model 56S-1 7.62x39mm rifle serial number 1MS501620;

(4) FN model PS90 5.7x28mm rifle serial number FN067061;

(5) FN model PS90 5.7x28mm rifle serial number FN071110;

(6) Colt Government Model Delta Elite 10mm pistol serial number DS26598;

(7) FN model Five-Seven 5.7x28mm pistol serial number 386202986;

(8) 79 rounds of assorted ammunition; and

//
//
//
//
//

|   |   |
|---|---|
| 1 | (9) 4,164 rounds of assorted ammunition, contrary to laws and regulations of the United States, and which in fact would have been contrary to Title 18, United States Code, Section 922(a)(5), and Title 26 United States Code, Section 2778; |

1　　　　(9)　4,164 rounds of assorted ammunition, contrary to laws and
2　　　　　　　regulations of the United States, and which in fact would
3　　　　　　　have been contrary to Title 18, United States Code,
4　　　　　　　Section 922(a)(5), and Title 26 United States Code,
5　　　　　　　Section 2778;
6　All in violation of Title 18, United States Code, Sections 554(a)
7　and 2.

## Count 3

On or about July 17, 2010, within the Southern District of California, defendant HENDEL GAMALIEL LOPEZ-FUENTES, an alien illegally and unlawfully in the United States, did knowingly and unlawfully possess in and affecting commerce, the following firearms:

(1) Leitner Wise Rifle Company ("LWRC") model M6A2-PSD 6.8mm SPC pistol serial number 04-00123;

(2) Fabrique Nationale ("FN") model PS90 5.7x28mm rifle serial number FN071367;

(3) Norinco model 56S-1 7.62x39mm rifle serial number 1MS501620;

(4) FN model PS90 5.7x28mm rifle serial number FN067061;

(5) FN model PS90 5.7x28mm rifle serial number FN071110;

(6) Colt Government Model Delta Elite 10mm pistol serial number DS26598;

(7) FN model Five-Seven 5.7x28mm pistol serial number 386202986; and

(8) 79 rounds of assorted ammunition;

All in violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(2).

//

## Count 4

On or about July 18, 2010, within the Southern District of California, defendant HENDEL GAMALIEL LOPEZ-FUENTES, an alien illegally and unlawfully in the United States, did knowingly and unlawfully possess in and affecting commerce, the following firearms:

(1) FN model PS90 5.7x28mm rifle serial number FN074173;

(2) Patriot Ordnance Factory ("POF") model P-415 multi-caliber rifle serial number 09-04920;

(3) Norinco model SKS 7362x39mm rifle serial number 2610706;

(4) FN model SCAR 16S 5.56x45mm rifle serial number LC13422;

(5) FN model PS90 5.7x28mm rifle serial number FN061764;

(6) FN model PS90 5.7x28mm rifle serial number FN071111 (with three-position selector switch);

(7) FN model PS90 5.7x28mm rifle serial number FN071102;

(8) FN model PS90 5.7x28mm rifle serial number FN071369;

(9) Colt Government Model El Caballo De Oro Maximo .38 super pistol serial number ELCEN5991; and

(10) 4,164 rounds of assorted ammunition;

All in violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(2).

## FORFEITURE ALLEGATION

As a result of the commission of the felony offense alleged in Counts 1 through 4 of this indictment, said violations being punishable by imprisonment for more than one year and pursuant to Title 18, United States Code, Section 924(d), defendants HENDEL GAMALIEL LOPEZ-FUENTES and NORMAN EDUARDO FIGUEROA shall, upon conviction, forfeit to the United States all of their rights, title and interest in the following:

(1) LWRC model M6A2-PSD 6.8mm SPC pistol serial number 04-00123;
(2) FN model PS90 5.7x28mm rifle serial number FN071367;
(3) Norinco model 56S-1 7.62x39mm rifle serial number 1MS501620;
(4) FN model PS90 5.7x28mm rifle serial number FN067061;
(5) FN model PS90 5.7x28mm rifle serial number FN071110;
(6) Colt Government Model Delta Elite 10mm pistol serial number DS26598;
(7) FN model Five-Seven 5.7x28mm pistol serial number 386202986
(8) FN model PS90 5.7x28mm rifle serial number FN074173;
(9) POF model P-415 multi-caliber rifle serial number 09-04920;
(10) Norinco model SKS 7362x39mm rifle serial number 2610706;
(11) FN model SCAR 16S 5.56x45mm rifle serial number LC13422;
(12) FN model PS90 5.7x28mm rifle serial number FN061764;
(13) FN model PS90 5.7x28mm rifle serial number FN071111;
(14) FN model PS90 5.7x28mm rifle serial number FN071102;
(15) FN model PS90 5.7x28mm rifle serial number FN071369;
(16) Colt Government Model El Caballo De Oro Maximo .38 super pistol serial number ELCEN5991;
(17) 79 rounds of assorted ammunition seized on July 17, 2010; and
(18) 4,164 rounds of assorted ammunition seized on July 18, 2010 as firearms and ammunition involved in or used in a knowing violation of Title 18, United States Code, Sections 371, 922(a)(5), 922(g), and 924(a).

All pursuant to Title 18, United States Code, Section 924.

//

Upon conviction of the offense alleged in Count 1, to wit: Title 18, United States Code Section 371, and Title 31, United States Code, Section 3352(a), conspiracy to commit bulk cash smuggling, defendants HENDEL GAMALIEL LOPEZ-FUENTES and NORMAN EDUARDO FIGUEROA shall forfeit to the United States all property, real and personal, involved in said offense and all property traceable to such property, including but not limited to, $50,000.00 in United States currency; all in violation of Title 31, United States Code, Sections 5317(c)(1), 5332(a)(1) and (b)(2), and Title 28 United States Code, Section 2461(c).

DATED: August 4, 2010.

A TRUE BILL:

_____
Foreperson

LAURA E. DUFFY
United States Attorney

By: _____
SHIREEN M. BECKER
Assistant U.S. Attorney